# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

**JUDGMENT IN A CIVIL CASE**

**JIM MCFALL and
ELISHA HILL,**

Plaintiffs,

CASE NUMBER: 1:11-cv-1166-JDB-egb

v.

**STATE FARM INSURANCE COMPANY
and , BRUCE JACOBS**

Defendants,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 11/29/2011, the defendant, State Farm's motion to dismiss is DENIED and the Plaintiff's motion to remand to state court is GRANTED. By Order entered on 12/29/2011, the Court determines that Plaintiffs' request for attorneys fees is DENIED.

**APPROVED:**

                                                               s/J. Daniel Breen
                                                        **United States District Judge**

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**